IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
2006 MAY -3  A 9: 42

| | |
|---|---|
| BARBARA ANN THURMAN BLEVINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROGRESSIVE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) | CIVIL ACTION NO.: <br> 1:06CV398-T |

## JURY DEMAND

Comes now the defendant, Progressive Specialty Insurance Company, pursuant to Rule 38 of the Alabama Rules of Federal Procedures, and demands trial by jury of this case.

_____
R. Larry Bradford, Attorney for Defendant, Progressive Specialty Insurance Company
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216
(205) 871-7733

## CERTIFICATE OF SERVICE

I hereby certify that I have this the 28th day of April, 2006, served a copy of the foregoing to all attorneys of record by placing a copy of same in the United States Mail, postage prepaid and properly addressed as follows:

W. Terry Bullard, Esq.
P.O. Box 398
Dothan, Alabama 36302

_____
OF COUNSEL