IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA ANN THURMAN BLEVINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 01:06-CV-398-T |
| ) | |
| ) | |
| PROGRESSIVE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**REPORT OF PARTIES PLANNING MEETING**

1.    Pursuant to Fed. R. Civ. P. 26(f) the parties to this lawsuit met at the plaintiff attorney's office on May 12, 2006 and agreed upon a discovery plan. The following attorneys participated:

W. Terry Bullard, attorney for plaintiff;

R. Larry Bradford, attorney for defendant;

2.    <u>Pre-Discovery Disclosures</u>. The parties will exchange by June 12, 2006 the information required by Local Rule 26.1(a)(1).

3.    <u>Discovery Plan</u>. The parties jointly propose to the court the following discovery plan:

a.    Discovery will be needed on the facts of the accident. Additionally, discovery will be needed on claim handling procedures of Progressive.

b.    Discovery shall be commenced in time to be completed by December 1, 2006.

  c. Maximum of 25 interrogatories including sub-parts by each party to any other party. Responses due 30 days after service.

  d. Maximum of 10 requests for admission by each party to any other party. Responses due 30 days after service.

  e. Maximum of five depositions by plaintiff and five depositions by defendants.

  f. Reports from retained experts under Rule 26(a)(2) are due:

   Plaintiff by August 1, 2006,

   Defendant by September 1, 2006.

  g. Supplementation under Rule 26(e) shall be due 30 days before trial.

4. <u>Other Items</u>.

  a. The parties do not request a conference with the court before entry of the scheduling order.

  b. The parties request a pretrial conference before trial.

  c. Plaintiffs shall be allowed until June 15, 2006 to join additional parties and amend the pleadings.

  d. Defendant shall be allowed until June 30, 2006 to join additional parties and amend the pleadings.

  e. All potentially dispositive motions shall be filed 60 days before the trial date.

  f. Settlement cannot be evaluated at this time.

   g. Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from plaintiff at least 30 days before trial and from defendant at least 15 days before trial.

   h. The parties have 10 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

   i. The case should be ready for trial by January 1, 2007.

           /s/W. Terry Bullard
           W. Terry Bullard, Attorney for Plaintiff,
           Barbara Ann Thurman Blevins

OF COUNSEL:

P.O. Box 398
Dothan, Alabama 36302

           /s/R. Larry Bradford
           R. Larry Bradford, Attorney for Defendant
           Progressive Specialty Insurance Company

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216
(205) 871-7733