IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA ANN THURMAN BLEVINS, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) CIVIL ACTION NO.: CV06-398-MHT ) |
| PROGRESSIVE INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) |

## MOTION FOR SUMMARY JUDGMENT

Comes now the defendant, Progressive Specialty Insurance Company ("Progressive"), pursuant to Rule 56(c) of the Federal Rules of Civil Procedure, and moves the court to enter a summary judgment in its favor on the grounds that there are no genuine issues as to any material fact and that it is entitled to a summary judgment as a matter of law.

This motion is based upon the pleadings, exhibits, and affidavit of Larry Lackey. Progressive is submitting a statement of undisputed facts and memorandum brief in additional support of this motion.

/s/ R. Larry Bradford
R. Larry Bradford, Attorney for Defendant, Progressive Specialty Insurance
Attorney Bar Code: BRA039

OF COUNSEL:

Bradford & Sears, P.C.
2020 Canyon Road, Suite 100
Birmingham, AL 35216
(205) 871-7733

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served upon the following via electronic filing on this <u>10th</u> day of October, 2006.

W. Terry Bullard, Esq.
P.O. Box 398
Dothan, Alabama 36302

/s/ R. Larry Bradford<br>OF COUNSEL