**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                                       TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style:  Jones et al v. LMR International et al

Case Number:  2:04-cv-00538-WHA

Referenced Docket Entry - ***Motion to Amend - Doc.  No.78

The referenced docket entry was filed electronically   in ERROR  on ***October 10, 2006***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because the pdf was incorrect.  Please DISREGARD this docket entry. See doc. 79 for correction.