# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

### OFFICE OF THE CLERK

### POST OFFICE BOX 711

### MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                          TELEPHONE (334) 954-3600


NOTICE OF ERROR


To: Counsel of Record


Case Style:  Blevins v. Progressive Insurance Company


Case Number:  1:06-cv-00398-MHT

Referenced Docket Entry - **First MOTION for Summary Judgment for correction - doc. 11.


The referenced docket entry was filed electronically   in ERROR  on ***October 10, 2006***   and is being STRICKEN from the docket.  This resulted in an error on the docket sheet because it is a duplicate of document no. 8.  Please disregard this docket entry.