IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| BARBARA ANN THURMAN BLEVINS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:06cv398-MHT |
| PROGRESSIVE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that the motion for summary judgment (doc. no. 8) is set for submission, without oral argument, on October 26, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 12th day of October, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE