IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| BARBARA ANN THURMAN BLEVINS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:06cv398-MHT |
| PROGRESSIVE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

ORDER

It appearing that, through no fault of his own, counsel for plaintiff has received no copies of the electronic filings, including court orders, in this case, it is ORDERED that this cause is set for an on-the-record status conference on November 8, 2006, at 8:30 a.m. Counsel for plaintiff is to arrange for the conference to be conducted by telephone.

DONE, this the 1st day of November, 2006.

_    /s/ Myron H. Thompson    _
UNITED STATES DISTRICT JUDGE