| | | |
|---|---|---|
| BARBARA ANN THURMAN (BLEVINS), | * | IN THE UNITED STATES |
| | * | |
| PLAINTIFF, | * | DISTRICT COURT FOR THE |
| | * | |
| VS. | * | MIDDLE DISTRICT OF |
| | * | |
| PROGRESSIVE INSURANCE COMPANY, | * | ALABAMA |
| | * | |
| DEFENDANT. | * | SOUTHERN DIVISION |
| | * | |
| | * | CASE NO.:   1:06-cv-398 |

## MOTION FOR ENLARGEMENT OF TIME

COMES NOW, the Plaintiff, BARBARA ANN THURMAN (BLEVINS), in the above styled cause, by and through her undersigned attorney and moves this Honorable Court to enlarge the amount of time to respond to the Defendant's Motion for Summary Judgment and as grounds therefore states:

1. That the clerk of court sent all electronically filed pleadings and orders in this matter to the wrong attorney.

2. That the undersigned attorney has now received all pleadings in this matter.

WHEREFORE, PREMISE CONSIDERED, the Plaintiff would pray this Honorable Court to allow an additional fourteen (14) days to respond to the Defendant's Motion for Summary Judgment in the above styled cause.

Respectfully submitted this the 2nd day of November, 2006.

/s/ W. Terry Bullard
W. TERRY BULLARD (BUL007)
Attorney for the Plaintiff
Post Office Box 398
Dothan, Alabama 36302
(334) 793-5665

## **CERTIFICATE OF SERVICE**

    I, W. Terry Bullard, hereby certify that I have this date mailed a copy of the foregoing Motion to the Honorable R. Larry Bradford, Attorney for the Defendant, 2020 Canyon Road, Suite 100, Birmingham, Alabama 35216, by electronically filing the same on this the 2nd day of November, 2006.

                                                    /s/ W. Terry Bullard
                                                    OF COUNSEL