# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT MONTGOMERY  ALABAMA

DATE COMMENCED  November 8, 2006           AT  8:35   A.M./P.M.

DATE COMPLETED  November 8, 2006           AT  8:40   A.M./P.M.

BARBARA ANN THURMAN BLEVINS

    plaintiff

     v.                                  Civil Action
                                                          1:06cv398-MHT
PROGRESSIVE INSURANCE COMPANY

    defendants

| PLAINTIFF(S) | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| Atty William Terry Bullard | X | Atty Shane Sears |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, | Tashwanda Pinchback, | Mitchell Reisner, |
| Courtroom Clerk | Law Clerk | Court Reporter |

PROCEEDINGS:

( )  NONJURY TRIAL
(x)  OTHER PROCEEDING        ON-THE-RECORD STATUS CONFERENCE

8:35 a.m.                    Conference convenes by telephone.
                             Plaintiff's counsel advises court that he had
                             not received copies of orders and documents
                             and that the problem has been corrected.
                             Court will extend plaintiff's deadline to
                             respond to defendant's [8] Motion for Summary
                             Judgment to 11/20/06.
8:40 a.m.                    Conference concluded.