```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION
```

| | | |
|---|---|---|
| BARBARA ANN THURMAN BLEVINS, | ) ) ) | |
|     Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:06cv398-MHT |
| PROGRESSIVE INSURANCE COMPANY, | ) ) ) | |
|     Defendant. | ) | |

### ORDER

Based upon the representations made during an on-the-record status conference on November 8, 2006, it is ORDERED as follows:

(1) The motion for enlargement of time (doc. no. 16) is granted.

(2) The motion for summary judgment (doc. no. 8) is reset for submission, without oral argument, on November

20, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 8th day of November, 2006.

                        /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE