IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| BARBARA ANN THURMAN BLEVINS,   * | |
| * | |
| PLAINTIFF,   * | |
| * | CASE NO.:  CV06-398-MHT |
| VS.   * | |
| * | |
| PROGRESSIVE INSURANCE   * | |
| COMPANY,   * | |
| * | |
| DEFENDANT.   * | |

**RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Plaintiff, BARBARA ANN THURMAN BLEVINS, in the above styled cause, by and through her undersigned attorney and files this, her memorandum brief in opposition to the Motion for Summary Judgment filed by the Defendants, said memorandum of law is attached hereto.

Respectfully submitted this the 20th day of November, 2006

/s/ W. Terry Bullard
W. TERRY BULLARD (BUL007)
Attorney for Plaintiff
Post Office Box 398
Dothan, Alabama 36302
(334) 793-5665

**CERTIFICATE OF SERVICE**

I, W. Terry Bullard, hereby certify that I have this date served the foregoing Response to Motion for Summary Judgment to the Honorable R. Larry Bradford, Attorney for Defendant, 2020 Canyon Rd., Suite 100, Birmingham, Alabama 35216 via electronic filing this the 20th day of November, 2006.

/s/ W. Terry Bullard
OF COUNSEL