IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| BARBARA ANN THURMAN BLEVINS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 1:06cv398-MHT |
| PROGRESSIVE INSURANCE COMPANY, | ) ) ) | |
| Defendant. | ) | |

ORDER

It is ORDERED as follows:

(1) The motion to continue (Doc. No. 20) is granted.

(2) The uniform scheduling order (Doc. No. 6) is modified in the following respects:

    (A) The pretrial is reset for May 11, 2007, and the trial is reset for term of court beginning on June 18, 2007, with all deadlines expressly tied to these two dates adjusted accordingly.

    (B) The deadline for completing discovery is extended to March 9, 2007.

  **(C) The deadlines for expert reports are extended to February 15, 2007, for plaintiff and February 28, 2007 for defendant.**

  **(D) All other deadlines are unchanged.**

  **DONE, this the 28th day of November, 2006.**

        /s/ Myron H. Thompson
        **UNITED STATES DISTRICT JUDGE**